UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWONE TYRONE SMITH, | ) | Case No. CV 06-4193 SVW(JC) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| J. GENTRY, et al., | ) | |
| Defendants. | ) | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 24, 2012

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE